## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Justin Bernie Clark Arneson, | ) | Case No. 1:20-cr-182 |
| | ) | |
| Defendant. | ) | |

Defendant made his initial appearance in the above-entitled action and was arraigned on October 13, 2020.  He subsequently executed and filed a waiver of his right to a detention.  (Doc. No. 15).  Accepting his waiver, the court issued an order October 14, 2020, detaining him pending final disposition of this matter.  (Doc. No. 17).

On May 5, 2021, defendant filed a Motion for a Detention Hearing.  That same day he appeared before Judge Traynor and entered a guilty plea to the offense charged in Count I of his Indictment.  The court **GRANTS** defendant's motion and shall schedule a detention hearing for him on May 13, 2021, at 2:00 PM by telephone.

**IT IS SO ORDERED.**

Dated this 10th day of May, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court